June 7, 1966

## Commonwealth ex rel. Johnson, Appellant, *v.* Duggan.

Submitted April 11, 1966.
*Cornelius Robert Johnson,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

June 23, 1966

## Dogole *v.* Dogole, Appellant.

Argued June 21, 1966. *Leon I. Mesirov,* with him *Desmond J. McTighe,* and *Mesirov, Gelman, Jaffe & Levin,* and *Duffy, McTighe & McElhone,* for appellant; *William L. O'Hey, Jr.,* with him *Edward Fackenthal, Nochem S. Winnet,* and *Henderson, Wetherill & O'Hey,* and *Fox, Rothschild, O'Brien & Frankel,* for appellee.

Final decree affirmed.